UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| GRANT ARLAN PARSONS and<br>SANDRA KAY PARSONS,<br><br>    Plaintiffs,<br><br>vs.<br><br>DENNIS C. MILLER and<br>DONNA R. MILLER,<br><br>    Defendants. | * * * * * * * * * * * * | CIV 12-3016-RAL<br><br><br>JUDGMENT OF DISMISSAL<br>WITH PREJUDICE |

Based on the Joint Motion to Dismiss with Prejudice (Doc. 20), the Order Regarding Pending Motions (Doc. 21), and Fed.R.Civ.P. 54 and 58, it is hereby

ORDERED that Judgment of Dismissal with Prejudice hereby enters to dismiss all claims on the above-captioned case with prejudice.

Dated June 20, 2012.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE